# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ATHONY AZZARETTO,	)
	)
	Plaintiff,	)
	)
v.	)   Case No.: 22-1080-DDC-KGG
	)
LEELIN TAYAG HARRINGTON,	)
	)
	Defendant.	)
_____)

## SHOW CAUSE ORDER

The case was removed to the Northern District of Texas from the 67th Judicial District Court of Tarrant County, Texas on February 15, 2022. (Doc. 1.) Defendant filed a motion to dismiss or transfer on February 18, 2022. (Doc. 4.) An amended Complaint was filed on March 4, 2022. (Doc. 7.) The District Court of the Northern District of Texas granted in part the motion to dismiss and transferred the case to the District of Kansas on March 29, 2022. (Docs. 17, 18.)

On March 30, 2022, the Clerk of the Court of the District of Kansas sent a letter to counsel advising them of the local rules and information regarding *pro hac vice* admission to this District. (Doc. 19.) Since that time, no further filings have been made in this case. Counsel for Plaintiff (and counsel for Defendant) have not entered an appearance in the District of Kansas and have not filed for admission *pro hac vice*.

On Thursday, June 2, 2022, staff for the undersigned Magistrate Judge sent an email to Plaintiff's counsel noting the above and inquiring as to the status of the case.  Counsel was instructed to provide an email status report to the undersigned by the end of the day on June 3, 2022.  Counsel was instructed that a failure to do so would lead to the entry of an order to Show Cause for lack of prosecution.  No response was forthcoming.

IT IS THEREFORE ORDERED BY THE COURT that by June 21, 2022, **Plaintiff must show cause in writing to the undersigned why this case should not be dismissed, without prejudice, for lack of prosecution under Fed. R. Civ. P. 41(b)**.

**IT IS SO ORDERED**.

Dated this 6th day of June, 2022, at Wichita, Kansas.

/s Kenneth G. Gale
HON. KENNETH G. GALE
U.S. MAGISTRATE JUDGE